Part 3

COHA

**JUD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
Shelley Rizzotti (269769)
3500 W. Olive Avenue, 3rd Floor
Burbank, CA 91505
TELEPHONE NO.: 818-641-1692        FAX NO. *(Optional):* 818-641-1694
E-MAIL ADDRESS *(Optional):* srizzotti@rizzottilaw.com
ATTORNEY FOR *(Name):* PLAINTIFFS Loretta M. Coha, et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 9425 Penfield Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Chatsworth, CA 91311
BRANCH NAME: North Valley District

PLAINTIFF: Loretta M. Coha, et al.

DEFENDANT: Sirius Financial, et al.

FOR COURT USE ONLY

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

NOV 2 0 2012

John A. Clarke, Executive Officer/ Clerk
By _____, Deputy
A. CHRISTINA

| JUDGMENT | CASE NUMBER: |
|---|---|
| ☐ By Clerk    ✓ By Default    ☐ After Court Trial | PC053448 |
| ✓ By Court    ☐ On Stipulation    ☐ Defendant Did Not Appear at Trial | |

## JUDGMENT

1. ✓  **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐  **Clerk's Judgment** (Code Civ. Proc., § 585(a)).  Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ✓  **Court Judgment** (Code Civ. Proc., § 585(b)).  The court considered
      (1) ☐  plaintiff's testimony and other evidence.
      (2) ✓  plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐  **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case.  The court approved the stipulated judgment and
   b. ☐  the signed written stipulation was filed in the case.
   c. ☐  the stipulation was stated in open court        ☐  the stipulation was stated on the record.

3. ☐  **AFTER COURT TRIAL.**  The jury was waived.  The court considered the evidence.
   a. The case was tried on *(date and time):*
      before *(name of judicial officer):*
   b. Appearances by:
      ☐  Plaintiff *(name each):*                      ☐  Plaintiff's attorney *(name each):*
         (1)                                               (1)
         (2)                                               (2)
      ☐  Continued on Attachment 3b.

      ☐  Defendant *(name each):*                      ☐  Defendant 's attorney *(name each):*
         (1)                                               (1)
         (2)                                               (2)
      ☐  Continued on Attachment 3b.

   c. ☐  Defendant did not appear at trial.  Defendant was properly served with notice of trial.

   d. ☐  A statement of decision  (Code Civ. Proc., § 632)  ☐ was not  ☐ was  requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6

| PLAINTIFF: Loretta M. Coha, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Sirius Financial, et al. | PC053448 |

JUDGMENT IS ENTERED AS FOLLOWS BY: [✓] THE COURT    [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [✓] for plaintiff (name each):
      Loretta M. Coha, an individual, and Equity Trust Company,
      Custodian FBO Loretta M. Coha IRA,
      and against defendant (names):
      · Sirius Financial, a California Limited Liability Company ;
      [✓] Continued on Attachment 5a.

   c. [ ] for cross-complainant (name each):
      and against cross-defendant (name each):
      [ ] Continued on Attachment 5c.

   b. [ ] for defendant (name each):

   d. [ ] for cross-defendant (name each):

6. **Amount.**
   a. [✓] Defendant named in item 5a above must
      pay plaintiff on the complaint:

| (1) | [✓] | Damages | $ 356,000.00 |
|---|---|---|---|
| (2) | [✓] | Prejudgment interest at the annual rate of 15 % | $ 85,286.19 |
| (3) | [✓] | Attorney fees | $ 6309.46 |
| (4) | [✓] | Costs | $ 660 |
| (5) | [ ] | Other (specify): | $ |
| (6) | | TOTAL | $ 448,255.65 |

   c. [ ] Cross-defendant named in item 5c above must pay
      cross-complainant on the cross-complaint:

| (1) | [ ] | Damages | $ |
|---|---|---|---|
| (2) | [ ] | Prejudgment interest at the annual rate of % | $ |
| (3) | [ ] | Attorney fees | $ |
| (4) | [ ] | Costs | $ |
| (5) | [ ] | Other (specify): | $ |
| (6) | | TOTAL | $ |

   b. [ ] Plaintiff to receive nothing from defendant
      named in item 5b.
      [ ] Defendant named in item 5b to recover
      costs $
      [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from
      cross-defendant named in item 5d.
      [ ] Cross-defendant named in item 5d to recover
      costs $
      [ ] and attorney fees $

7. [ ] Other (specify):

Date: NOV 2 0 2012

*(signature)* STEPHEN P. PFAHLER    JUDICIAL OFFICER

Date: _____  [ ] Clerk, by _____, Deputy

| (SEAL) | **CLERK'S CERTIFICATE** (Optional) |
|---|---|
| | I certify that this is a true copy of the original judgment on file in the court. |
| | Date: |
| | Clerk, by _____, Deputy |

JUD-100 [New January 1, 2002]    JUDGMENT    Page 2 of 2

ATTACHMENT 5.a.

Mary Burak, an individual; Victoria Burak, an individual; Elizabeth Wilson, an individual

3of3

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:
Shelley Rizzotti, Attorney At Law

AND WHEN RECORDED MAIL TO:
Shelley Rizzotti
Attorney At Law
PO Box 1645
Burbank, CA  91507

**COPY** of Document Recorded
12    2011273
Has not been compared with original
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR-RECORDER COUNTY CLERK
DEC 27 2012

*THIS SPACE FOR RECORDER'S USE ONLY*

# ABSTRACT OF JUDGMENT

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/98
Rec.Form #R25

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
SHELLEY RIZZOTTI, 269769
Shelley Rizzotti, Attorney At Law
3500 w Olive Avenue, 3rd Floor
Burbank, CA 91505
818-641-1692

[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

FOR RECORDER'S USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 9425 Penfield Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Chatsworth, CA 91311
BRANCH NAME: North Valley District

PLAINTIFF: Loretta M. Coha, et al.

DEFENDANT: Sirius Financial, et al.

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: PC053448

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   SIRIUS FINANCIAL, LLC
   20555 Devonshire Street, Suite 498
   Chatsworth, CA 91311

   b. Driver's license no. [last 4 digits] and state:   [✓] Unknown
   c. Social security no. [last 4 digits]:   [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Sirius Financial, LLC, 20555 Devonshire Street, Suite 498
   Chatsworth, CA 91311

2. [✓] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   Loretta M. Coha
   411 N. Naomi Street, Burbank, CA 91505
   Date: 12/10/2012
   Shelley Rizzotti, Attorney At Law
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

Received
DEC 13 2012
NORTH VALLEY

6. Total amount of judgment as entered or last renewed:
   $ 448,255.65
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 11/20/2012
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount $
    b. in favor of (name and address):

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on (date):
DEC 14 2012

JOHN A. CLARKE
Clerk, by
C. TAM, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Loretta M. Coha, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Sirius Financial, et al. | PC053448 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.              Name and last known address

Mary Burak
10141 Nevada Avenue
Chatsworth, CA  91311

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown
Social security no. [last 4 digits]: 7494     ☐ Unknown

Summons was personally served at or mailed to *(address):*
Mary Burak
10141 Nevada Avenue
Chatsworth, CA  91311

17.              Name and last known address

Victoria Burak
10141 Nevada Avenue
Chatsworth, CA  91311

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown
Social security no. [last 4 digits]: 0396     ☐ Unknown

Summons was personally served at or mailed to *(address):*
Victoria Burak
10141 Nevada Avenue
Chatsworth, CA  91311

18.              Name and last known address

Elizabeth Wilson
10141 Nevada Avenue
Chatsworth, CA  91311

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown
Social security no. [last 4 digits]: 9992     ☐ Unknown

Summons was personally served at or mailed to *(address):*
Elizabeth Wilson
10141 Nevada Avenue
Chatsworth, CA  91311

19.              Name and last known address

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown
Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

This page is part of your document - DO NOT DISCARD



## 20161409460



**Pages:**
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**11/10/16 AT 10:18AM**

| | |
|---|---|
| FEES: | 35.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 35.00 |



**L E A D S H E E T**



201611102850077

00012876635



007918268

**SEQ:**
01

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY:

LORETTA M. COHA and EQUITY
TRUST COMPANY

**WHEN RECORDED MAIL TO:**
**NAME** James W. Bates, Attorney

**MAILING ADDRESS**
2418 Honolulu Avenue #J
**CITY, STATE and ZIP CODE**

Montrose, CA 91020-1842

Document Number:12876635

Batch Number:7918268

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

AMENDED ABSTRACT OF JUDGMENT

B015 rev 20160518

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, and State Bar number):
After recording, return to:
JAMES W. BATES (143757)
LAW OFFICES OF JAMES W. BATES, APC
2418 Honolulu Avenue, Suite J
Montrose, California 91020-1842

TEL. NO.: (818) 248-1911    FAX NO. (optional): (818) 279-0513
E-MAIL ADDRESS (Optional):
[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 9425 Penfield Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Chatsworth, CA 91311
BRANCH NAME: North Valley District - Chatsworth

FOR RECORDER'S USE ONLY

PLAINTIFF: LORETTA M. COHA and EQUITY TRUST COMPANY

DEFENDANT: SIRIUS FINANCIAL, et al.

CASE NUMBER: PC053448

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**    [X] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────────────────────────┐
      │ SIRIUS FINANCIAL, a California Limited Liability Company │
      │ 20555 Devonshire Street, Suite 498              │
      │ Chatsworth, CA 91311                            │
      └─────────────────────────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Sirius Financial, a California Limited Liability Company, 20555 Devonshire Street, Suite 498, Chatsworth, CA 91311

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   LORETTA M. COHA, an individual c/o James Bates,
   2418 Honolulu #J, Montrose, California 91020-1842

Date: September 13, 2016
JAMES W. BATES
(TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date: 12/27/12
   b. Instrument No.: 12 2011273

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 448,255.65
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 11/20/12
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

    [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    [ ] A certified copy of the judgment is attached.

This abstract issued on (date):
SEP 2 2 2016

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Code of Civil Procedure, §§ 488.480, 674, 700.190
Page 1 of 2

Sherri R. Carter, Executive Officer/Clerk
Superior Court of California
County of Los Angeles
SEP 15 2016

| PLAINTIFF: LORETTA M. COHA, et al. | COURT CASE NO. |
|---|---|
| DEFENDANT: SIRIUS FINANCIAL, et al. | PC053448 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):
EQUITY TRUST COMPANY, Custodian FBO Loretta M.
Coha IRA c/o James W. Bates, 2418 Honolulu Avenue,
Suite J, Montrose, California 91020-1842

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.                    Name and last known address
MARY BURAK, an individual
10141 Nevada Avenue
Chatsworth, CA 91311

Driver's license no. [last 4 digits] and state:   ☒ Unknown

Social security no. [last 4 digits]:   7494   ☐ Unknown

Summons was personally served at or mailed to (address):
MARY BURAK, an individual
10141 Nevada Avenue
Chatsworth, CA 91311

17.                    Name and last known address
VICTORIA BURAK, an individual
10141 Nevada Avenue
Chatsworth, CA 91311

Driver's license no. [last 4 digits] and state:   ☒ Unknown

Social security no. [last 4 digits]:   0396   ☐ Unknown

Summons was personally served at or mailed to (address):
VICTORIA BURAK, an individual
10141 Nevada Avenue
Chatsworth, CA 91311

18.                    Name and last known address
ELIZABETH WILSON, an individual
10141 Nevada Avenue
Chatsworth, CA 91311

Driver's license no. [last 4 digits] and state:   ☒ Unknown

Social security no. [last 4 digits]:   9692   ☐ Unknown

Summons was personally served at or mailed to (address):
ELIZABETH WILSON, an individual
10141 Nevada Avenue
Chatsworth, CA 91311

19.                    Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

For your protection and privacy, please press the Clear
This Form button after you have printed the form.        [ Print this form ]   [ Save this form ]        [ Clear this form ]

## SPECIAL POWER OF ATTORNEY

Equity Trust Company, Custodian FBO Loretta M. Coha Ira ("Equity"), appoints Loretta M. Coha ("Coha") as its attorney-in-fact to act in its place for the limited purpose to do the following acts:

Initiate, maintain and dispose of legal action against third-parties regarding the ownership, management and use of the assets in Account Number SEP-IRA Z093730, specifically Asset Number 10075053.

For the purposes of this agreement, "legal action" shall mean any proceedings, whether in a state court, federal court, arbitration, mediation, or otherwise initiated by Coha, in which Equity is made a party as a consequence of its being the custodian of the above described asset.

The authority of this attorney-in-fact to exercise any power authorized under this instrument will begin on June 27, 2012 and will be in effect until the legal action is concluded.

Dated: 7/20/12

Equity Trust Company, Custodian FBO Loretta M. Coha Ira

By _____
Authorized Officer    Jeffrey S. Brown
                      CORPORATE ALTERNATE SIGNER

State of Ohio
County of LORAIN

On 7/20/12 before me, Michelle Goldbach, notary public personally appeared Jeffrey S. Brown, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MICHELLE GOLDBACH
Notary Public, State of C...
My Commission Expires
August 10, 2016

# EXHIBIT D

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                    Page  8            **F 4003-2.1.AVOID.LIEN.RP.MOTION**

## DECLARATION OF DEBTOR

1. I, MARY KRISTIN BURAK, hereby declare that all of the following facts are true and correct to the best of my knowledge and if called as a witness I could and would competently testify to the following facts which are of my own personal knowledge.

2. This declaration is made in support of the Motion to Avoid lien and for the purpose of establishing the value of my residence located at 10141 Nevada Avenue, Chatsworth, California 91311.

3. I am an experienced Realtor with many years of experience in the real estate market. As such, I have had the opportunity to view and estimate the value of many properties throughout the various fluctuations of the real estate market.

4. As the owner of the subject property with knowledge of the property's condition, I believe the present value of my property to be worth no more than $975,000.00. This value is based on my expansive experience as a realtor and my personal familiarity of the properties in and around my neighborhood. See property comparable attached to this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2022 at Chatsworth, California

Mary Kristin Burak, Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 9            **F 4003-2.1.AVOID.LIEN.RP.MOTION**




*Mary Kristin Burak. Residence.*

## $978,900   4 bd | 2 ba | 1,971 sqft

10141 Nevada Ave, Chatsworth, CA 91311

### Pre-foreclosure | Zestimate®: $978,900

---

Get more info

---

Overview    Facts and features    Home value    Price and tax history    Monthly cost    Nearby



### Get pre-qualified for a loan
Talking to a lender early to get pre-qualified for a mortgage can give you a
market.

**Start now**

Zi

### Travel times

🚗  Add work destination

---

# Overview




*Comparable # 1*



10147

1 of 1

3 bd | 2 ba | 1,795 sqft

10147 Nevada Ave, Chatsworth, CA 91311

**Off market** | Zestimate®:
**$971,800** | Rent Zestimate®:
**$3,449**

Est. refi payment: $5,194/mo

$ Refinance your loan

Home value    Owner tools    Home



### Do you own this home?

Get exclusive tools to track your home's value and update its details on Zillow.
Learn more

**Unlock owner dashboard**

## Home value



Zestimate

# $971,800






Comparable # 2







1 of 1

4 bd | 3 ba | 2,206 sqft

10138 Farralone Ave, Chatsworth, CA 91311

**Off market** | Zestimate®:
**$973,200** | Rent Zestimate®:
**$4,500**

Est. refi payment: $5,202/mo

💲 **Refinance your loan**



Home value    Owner tools    Home

**Do you own this home?**

Get exclusive tools to track your home's value and update its details on Zillow. Learn more

**Unlock owner dashboard**

# Home value



Zestimate

# $973,200






*Comparable #3*



1 of 1

**5 bd** | **2 ba** | **2,068 sqft**

10155 Nevada Ave, Chatsworth, CA 91311

**Off market** | Zestimate®:
**$972,200** | Rent Zestimate®:
**$3,955**

Est. refi payment: $5,197/mo

$ Refinance your loan



Home value    Owner tools    Home

**Do you own this home?**

Get exclusive tools to track your home's value and update its details on Zillow. Learn more

**Unlock owner dashboard**



# Home value

Zestimate

# $972,200





# EXHIBIT E

"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.
"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement And Release ("Agreement") dated for reference May 25, 2021, to be binding and effective as to such parties executing this Agreement hereinbelow, is entered into by and between Plaintiffs DAN BRYAN FLOYD, SUCCESSOR TRUSTEE OF TRUST OF LORETTA M. COHA ("FLOYD") and EQUITY TRUST TRUST COMPANY, CUSTODIAN FBO LORETTA M. COHA IRA ("EQUITY" ) (FLOYD and EQUITY are hereinafter collectively referred to as "Plaintiffs"), on the one side, and Defendant VICTORIA KRISTIN BURAK ("BURAK"), on the other side (Plaintiffs and Defendant are hereinafter collectively referred to as "the Parties" and individually as "Party"), as follows:

## <u>RECITALS</u>

1.   On April 8, 2009, Coha and EQUITY entered into an Agreement For Consent To Litigate which provides in part: **"10. This agreement shall be binding on and shall inure to the benefit of the successors, heirs and assigns of the parties."**

2.   On July 20, 2012, EQUITY executed a Special Power Of Attorney in favor of Coha.

3.   On July 31, 2012, Coha and EQUITY filed this Complaint for: 1. Breach Of Contract 2. Fraud: Intentional Misrepresentation 3. Common Count; Money Had And Received against Defendant Sirius Financial, Mary Burak, BURAK and Elizabeth Wilson in the action entitled *Loretta M. Coha v. Sirius Financial, etc. et al.*, Los Angeles County Superior Court, Case Number PC053448 ("State Court Action");

4.   On November 20, 2012, Judgment was entered in favor of Loretta M. Coha ("Coha") and EQUITY against BURAK, and others, in the State Court Action;

5.   On December 27, 2012, Coha and EQUITY recorded an Abstract Of Judgment in the Los Angeles County Recorder's Office as Instrument Number 12-2011273 ("Abstract Of Judgment);

6.   On November 10, 2016, Coha and EQUITY recorded an Amended Abstract Of Judgment in the Los Angeles County Recorder's Office as Instrument No. 20161409460 ("Amended Abstract Of Judgment").

7.   On March 28, 2019, BURAK filed her Chapter 13 Bankruptcy Petition in the matter entitled *In Re Victoria Kristin Burak*, United States Bankruptcy Court, Central District Of California, Case Number 1:19-bk-10726-VK ("Bankruptcy");

8.   On June 28, 2019, the Bankruptcy was converted to a Chapter 7 bankruptcy.

9.   On October 4, 2019, Coha and EQUITY filed their Complaint Objecting To


DF   EQUITY   VB

FLOYD-BURAK SETTLEMENT AGREEMENT
PAGE 1 OF 6

Discharge Of Debtor Based upon False Pretenses, False Representations, Actual Fraud
[11 U.S.C. § 523(a)(2)(A) and (b)] in the action *entitled Loretta M. Coha and Equity
Trust Cmpany, Custodian FBO Loretta M. Coha Ira v. Victoria Kristin Burak*, United
States Bankruptcy Court, Case Number 1:19-ap-01111-VK ("Adversary Proceeding");

10. On November 25, 2019, the court in the Bankruptcy entered an order
discharging the debts of BURAK.

11. On January 7, 2020, Coha died.

12. On October 7, 2020, the court in the Adversary Proceeding granted FLOYD's
motion to substitute in place of Coha in the Adversary Proceeding;

13. On March 15, 2021, the court in the State Court Action granted FLOYD's
motion to substitute in place of Coha in the State Court Action.

14. In the Adversary Proceedings, Plaintiffs seek to have the Judgment
determined non-dischargeable by BURAK;

15. BURAK denies the allegations made by Plaintiffs in the Adversary
Proceeding;

15. Plaintiffs and BURAK desire to resolve and settle all differences, conflicts,
claims and liability between them, whether as set forth or referenced in these Recitals or
as may otherwise exist between them, in accordance with the terms and provisions of this
Settlement Agreement.

NOW, THEREFORE, in consideration of the mutual promises, covenants,
conditions, and the faithful performance of same by each of the Parties hereto, the Parties
executing this Settlement Agreement agree as follows:

1. **Terms Of Settlement.**

   a. **Acts Of Settlement Upon Execution:**

   i.   The Parties shall execute a Stipulation For Dismissal of the Adversary
Proceeding;

   ii.  FLOYD and Equity will file a Notice Of Acknowledgment Of Satisfaction Of
Judgment in the State Court Action as to BURAK only;

   iii. FLOYD and Equity will provide BURAK with an original recordable Release
Of Lien in the form attached hereto as Exhibit "A" releasing BURAK only from the
Abstract Of Judgment and Amended Abstract Of Judgment;

DF  EQUITY  VB

FLOYD-BURAK SETTLEMENT AGREEMENT
PAGE 2 OF 6

   iv.  The Parties shall bear their own attorneys' fees and costs in the State Court Action and the Adversary Proceeding.

   v.  FLOYD agrees he will not issue a Form 1099 to BURAK.

**2. Release.**

  2.1 Plaintiffs, on the one side, and BURAK, on the other side, release and discharge each other and each of their respective affiliated, subsidiary, and parent business entities, successors, assigns, officers, shareholders, directors, employees, agents, management agents, servants, spouses, representatives, partners, limited partners, members, insurance companies and attorneys, and each of them, from any and all claims, debts, and causes of action of whatsoever kind and nature, whether known or unknown, arising out of, or in connection with anything whatsoever done, omitted or suffered to be done prior to the date of this Agreement, based on, arising out of, or in connection with the Recitals, set forth above, and/or potential claims that are, or could have been, asserted by one as against the other, or that involve or are related to the facts set forth in the Recitals, above, or which were alleged in the Action.

  2.2 It is understood and agreed by the Parties that the releases in Section 2.1, above, extend to all claims of every nature and kind whatsoever, know or unknown, suspected or unsuspected, and that the Parties, expressly waives all rights under California Civil Code Section 1542 which reads as follows:

**"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY."**

  2.3 The Parties herein acknowledge that they are aware that they may hereafter discover claims presently unknown or unsuspected, or facts in addition to or different from those that are known or believed to be true, as to the matters released herein. Nevertheless, it is the intention of the Parties herein, through this Agreement, to fully, finally and forever release all such matters and all such claims that do now exist, may exist, or heretofore have existed related to or arising out of the Action. In furtherance of such intention, the release herein given shall be and remain in effect as a full and complete release of such matters, notwithstanding the discovery or existence of any such additional or different claims or facts related thereto by the Parties. In entering into this Agreement, the Parties herein do not rely on any statement, representation or promise of any other party, except as expressly stated in this Agreement.

DF EQUITY VB

FLOYD-BURAK SETTLEMENT AGREEMENT
PAGE 3 OF 6

**3. <u>No Release of Settlement Agreement Obligations</u>.** Nothing contained in this Agreement or as set forth in the release provisions hereof shall constitute a release of the obligations of the Parties hereto to comply with the terms and conditions of this Agreement.

**4. <u>No Admission of Liability</u>.** This Agreement is a compromise and settlement of disputed claims being released herein, and therefore this Agreement shall not constitute any admission of liability on the part of any party hereto, or an admission, directly or by implication, that any such party has violated any law, rule, regulation, policy or any contractual right or other obligation owed to any other party. The Parties intend merely to avoid further litigation.

**5. <u>No Assignment of Claims</u>.** The Parties hereto represent and warrant that there has been no assignment or other transfer of any interest in any claims which are being released herein, and the Parties agree to indemnify and hold harmless the other Parties hereto from any liability, claim, demand, damage, reasonable costs, reasonable expense and reasonable attorneys' fees incurred as a result of any person asserting any such assignment or transfer or any right or claim under such assignment or transfer. It is the intention of the Parties that this indemnity does not require payment as a condition precedent to recovery under this indemnity.

**6. <u>Entire Agreement.</u>** This Agreement is the entire agreement between the Parties relating to the subject matter of this Agreement. All agreements, covenants, representations and warranties, express or implied, oral or written, of the Parties with regard to the subject matter hereof are contained in this Agreement and the documents referred to herein. No other agreements, covenants, representations or warranties, express or implied, oral or written, have been made by any party to any other with respect to the subject matter of this Agreement. All prior and contemporaneous conversations, negotiations, possible and alleged agreements, representations, covenants and warranties with respect to the subject matter hereof are waived, merged in this Agreement and superseded by it. This Agreement is an integrated Agreement. This Agreement may not be altered, amended or modified unless otherwise agreed to in writing and signed by the Parties.

**7. <u>California Law</u>.** This Settlement Agreement is to be governed by and interpreted in accordance with the laws of the State of California.

**8. <u>No Undue Influence; Assistance of Counsel; Authorship of Settlement Agreement</u>.** This Agreement is freely and voluntarily executed by the Parties. The Parties executing this Agreement do not rely on any inducements, promises or representations made by any other party or their representatives or attorneys, unless expressly stated in this Agreement. Each party acknowledges that it has been represented by legal counsel during the negotiation of this Agreement and that it understands the consequences of executing this Agreement. The Parties represent and warrant that all of the waivers, warranties, representations and covenants set forth in this Agreement are made after consultation with legal counsel of the Parties' choosing, and their respective experts and consultants,


DF   EQUITY   VB

FLOYD-BURAK SETTLEMENT AGREEMENT
PAGE 4 OF 6

concerning the nature, value, extent and duration of their rights and claims under or otherwise related to the matters settled herein. Pursuant to such representation, the Parties have an understanding of the significance and consequence of the terms of this Agreement, and they knowingly and willingly accept such terms. In addition, each party acknowledges that the drafting of this Agreement was the product of arms-length negotiation among the Parties; that no party is the author of this Agreement; and that this Agreement shall not be construed against any party on the ground that such party authored or drafted this Agreement.

**9. Severability.** Should any portion (word, clause, phrase, sentence or paragraph) of this Agreement be declared void or unenforceable by a court of competent jurisdiction, such portions shall be considered independent and severable from the remainder of the terms and provisions of this Agreement and the validity of which shall remain unaffected.

**10. Authority.** Each person and entity signing this Agreement directly and expressly warrants that he/she has been given and has received and accepted authority to sign and execute the documents on behalf of the party for whom it is indicated he/she has signed, and further has been expressly given and received and accepted authority to enter into a binding agreement on behalf of such party with respect to the matter contained herein and as stated herein.

**11. Additional Acts.** The Parties agree that they will execute any and all documents and take any and all other actions as may be reasonably necessary to carry out the terms of this Agreement.

**12. Time Is Of The Essence.** Time is of the essence with respect to the performance of all obligations to be performed or observed by the Parties under this Agreement.

**13. Counterpart Execution and Facsimile Transmission.** This Agreement may be executed in counterparts, each of which shall constitute an original and all of which taken together shall be deemed one and the same original fully executed Agreement. Signatures and initials hereto transmitted electronically or by facsimile shall be deemed valid and binding for all purposes. Initials in the lower left corner of each page of this Agreement are for page confirmation purposes only and are not a requirement of or a precondition to the validity and binding effect of this Agreement.

**14. Attorneys' Fees.** In any action to enforce the terms of this Agreement the prevailing party shall be awarded, in addition to any other compensation or award, its reasonable attorneys' fees and costs, including reasonable expert costs.

15. **Signature Capacity Of FLOYD**: It is expressly understood that DAN BRYAN FLOYD is not signing this Agreement in his individual capacity.

\ \ \

\ \ \


DF   EQUITY   VB

FLOYD-BURAK SETTLEMENT AGREEMENT
PAGE 5 OF 6

**IN WITNESS WHEREOF,** the Parties hereto have executed and delivered this Agreement as of the date set forth below.

_____
DAN BRYAN FLOYD, SUCCESSOR
TRUSTEE OF TRUST OF LORETTA M. COHA

_____
DAN BRYAN FLOYD, successor to the
Agreement For Consent To Litigate between EQUITY
and Loretta M. Coha and attorney in fact pursuant to
that Special Power Of Attorney from EQUITY to
Loretta M. Coha dated July 20, 2012

_____
VICTORIA KRISTIN BURAK

## *END OF SETTLEMENT AGREEMENT AND RELEASE*

DF  EQUITY  VB

FLOYD-BURAK SETTLEMENT AGREEMENT
PAGE 6 OF 6

EXHIBIT "A"

RECORDING REQUESTED BY

LORETTA M. COHA, an individual
EQUITY TRUST CO., Custodian FBO Loretta M.
Coha IRA

AND WHEN RECORDED MAIL TO

JAMES W. BATES
LAW OFFICES OF JAMES W. BATES, APC
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106-2327

## RELEASE OF LIEN

Pursuant to the Settlement Agreement And Mutual Release entered into between DAN BRYAN FLOYD, SUCCESSOR TRUSTEE OF TRUST OF LORETTA M. COHA and EQUITY TRUST TRUST COMPANY, CUSTODIAN FBO LORETTA M. COHA IRA, on the one side, and VICTORIA KRISTIN BURAK, on the other side dated May 25, 2021, LORETTA M. COHA, an individual and EQUITY TRUST CO., Custodian FBO Loretta M. Coha IRA, hereby does release the following documents against "VICTORIA BURAK, an individual" ONLY.

Abstract Of Judgment recorded on December 27, 2012 as Instrument No. 12 2011273 in the Office Of The County Recorder Of The County Of Los Angeles, State Of California.

Amended Abstract Of Judgment recorded on November 10, 2016 as Instrument No. 20161409460 in the Office Of The County Recorder Of The County Of Los Angeles, State Of California.

The party being released pursuant to this Release Of Lien is "VICTORIA BURAK, an individual" ONLY.

This Release Of Lien only covers the above recorded instruments. This Release Of Lien shall not release any obligations of SIRIUS FINANCIAL, a California Limited Liability Company and MARY BURAK, an individual pursuant to the above liens.

Dated: May ___, 2021

_____
JAMES W. BATES

Attorney For Plaintiffs
LORETTA M. COHA, an individual and
EQUITY TRUST CO., Custodian FBO Loretta
M. Coha IRA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21000 Devonshire Street, Suite 111, Chatsworth, CA 91311**

A true and correct copy of the foregoing document entitled (*specify*): __**Debtors Notice of Motion and Motion to Avoid Lien under 11**__
__**U.S.C. § 522(f) (Real Property)**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR
5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On __**5/6/2022**__ , I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

**James W Bates**  jbates@jbateslaw.com
**David Keith Gottlieb (TR)**  dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
**R Grace Rodriguez**  ecf2@lorgr.com, rodriguezrr66050@notify.bestcase.com
**United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On __**5/6/2022**__ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.

Hon. Martin M. Barash                    Mary Kristin Burak                    Sirius Financial, LLC
US Bankruptcy Court                      10141 Nevada Ave.                     20555 Devonshire St., No 498
21041 Burbank Blvd.                      Chatsworth, CA 91311                  Chatsworth, CA 91311
Woodland Hills, CA 91367

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by
personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/6/2022 | R. Grace Rodriguez, Esq. | /s/ R. Grace Rodriguez, Esq. |
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 11                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name and Address | Address from | Delivery Method |
|---|---|---|
| 1st lienholder *(name and address)*<br><br>**Rushmore Loan Mgmt Srvc**<br>**c/o Terry Smith, CEO**<br>**1755 WITTINGTON PLACE, SUITE 400**<br>**DALLAS, TX 75234** | ☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ United States mail<br>☑ Certified mail - Tracking# __70173040000002547648__<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:____ |
| 1st lienholder *(name)* and Servicing Agent *(name and address)*<br><br>**Rushmore Loan Mgmt Srvc**<br>**CSC - LAWYERS INCORPORATING SERVICE**<br>**2710 GATEWAY OAKS DR STE 150N**<br>**SACRAMENTO, CA 95833** | ☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ United States mail<br>☑ Certified mail - Tracking# __70173040000002547655__<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:____ |
| 1st lienholder *(name)* and Servicing Agent *(name and address)* | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:____ |
| Alternative/additional address *(name and address)*<br><br>**Rushmore Service Center**<br>**P.O. Box 5508**<br>**Sioux Falls, SD 57117-5508** | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify* | ☑ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:____ |
| Alternative/additional address *(name and address)*<br><br>**Rushmore Loan Mgmt Srvc**<br>**Attn: Bankruptcy**<br>**P.O. Box 55004**<br>**Irvine, CA 92619** | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify* | ☑ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:____ |
| 2nd lienholder *(name and address)*<br><br>**JPMorgan Chase Bank, Corporate Office**<br>**c/o Jamie Dimon, CEO**<br>**270 Park Ave 31st Floor**<br>**New York, NY 10017** | ☐ Proof of Claim ☐ Secretary of State<br>☑ FDIC website ☐ Other: *specify* | ☐ United States mail<br>☑ Certified mail - Tracking# __70173040000002547617__<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:____ |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br><br>**Chase Mortgage Records Center**<br>**c/o Correspondence**<br>**Mail Code LA4 5555**<br>**700 Kansas Lane**<br>**Monroe, LA 71203** | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify*<br><br>***Correspondence Department*** | ☑ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                                    Page 12                                **F 4003-2.1.AVOID.LIEN.RP.MOTION**

| 2nd lienholde (name) and Servicing Agent (name and address)<br><br>**JPMorgan Chase<br>c/o C T Corporation System<br>330 N BRAND BLVD STE 700<br>GLENDALE, CA 91203** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify*<br><br>***California Secretary of State*** | Delivery Method<br>☐ United States mail<br>☑ Certified mail -<br>Tracking# **70173040000002547624**<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |
|---|---|---|
| 2nd lienholder (name) and Servicing Agent (name and address)<br><br>**JPMorgan Chase, N.A.<br>PO Box 24696<br>Columbus, OH 43224** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify*<br><br>***Additional Address*** | Delivery Method<br>☑ United States mail<br>☐ Certified mail -<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |
| 2nd lienholder (name) and Servicing Agent (name and address)<br><br>**JPMorgan Chase, N.A.<br>18800 Hubbard Drive<br>Dearborn, MI 48126** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify*<br><br>***Additional Address*** | Delivery Method<br>☑ United States mail<br>☐ Certified mail -<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |
| 3rd lienholde (name and address)<br><br>**James W. Bates<br>c/o Loretta M. Coha and Equity Trust & Estate<br>1055 E. Colorado Blvd., 5th Floor<br>Pasadena, CA 91106** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify*<br><br>***Judgment*** | Delivery Method<br>☐ United States mail<br>☑ Certified mail -<br>Tracking# **70173040000002547631**<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |
| 3rd lienholde (name) and Agent for Service of Process (name and address)<br><br>**Loretta M. Coha and Equity Trust & Estate<br>c/o James W. Bates<br>1055 E. Colorado Blvd., 5th Floor<br>Pasadena, CA 91106** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify*<br><br>***Judgment*** | Delivery Method<br>☑ United States mail<br>☐ Certified mail -<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____<br>_____ |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☐ Certified mail -<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 13                              **F 4003-2.1.AVOID.LIEN.RP.MOTION**